UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

CIVIL ACTION NO. 7:21-CV-6-REW

MELVA ADKINS                                                        PLAINTIFF

v.             **<u>MOTION FOR ENTRY OF DEFAULT JUDGMENT</u>**

RELIANCE STANDARD                                     DEFENDANT
LIFE INSURANCE COMPANY

\* \* \* \* \* \* \* \* \* \*

Comes now the Plaintiff, by and through counsel, and hereby moves this Court for entry of a default judgment as to defendant Reliance Standard Life Insurance Company, upon the complaint heretofore filed and served upon the defendant, in accordance with the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, and in support thereof shows the Court the following:

1. On February 1, 2021, the Plaintiff filed a Complaint alleging violations of ERISA in the Defendant's denial of the Plaintiff's claim for long-term disability benefits. A copy of said Complaint is attached hereto as Exhibit 1 and is incorporated herein by reference.

2. On February 19, 2021, a copy of said Complaint and a Summons in a Civil Action were served by the Plaintiff upon the Defendant, at its corporate address located at 1700 Market Street, Suite 1200, Philadelphia, Pennsylvania 19103. A copy of the Process Receipt and Return and

Summons is attached hereto as Exhibit 2 and is incorporated herein by reference.

3. Defendant has failed to plead or otherwise defend this action, and the Plaintiff is entitled to judgment by default against the Defendant.

4. Pursuant to the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against the Defendant for relief sought by the Plaintiff in its Complaint.

1. WHEREFORE, the Plaintiff prays that this Court enter a judgment of default against the Defendant, and that the the Plaintiff's claim for benefits be allowed and that the Defendant be ordered to pay such benefits, as provided in the proposed Final Judgment filed contemporaneously with this Motion.

Date: March 14, 2021    /s/ H. DAVID HICKS
H. David Hicks, Esq.
The Hicks Law Firm, PLLC
P.O. Box 277
Stanville, KY 41659

*Counsel for Plaintiff*

# **CERTIFICATE OF SERVICE**

  I certify that on March 14, 2021, I caused the service of the foregoing Notice of Appearance in the case of *Adkins v. Reliance Standard Life Insurance Company* on the Defendant, by regular mail, to the following address:

Reliance Standard Life Insurance Company
1700 Market Street, Suite 1200
Philadelphia, PA 19103

              /s/ H. DAVID HICKS
              H. David Hicks, Esq.